David and Virginia ROONEY,
Plaintiffs–Respondents,

v.

AUTO AFFAIRS INTERNATIONAL,
INC., Defendant–Appellant.

No. 55784.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 29, 1989.

R.G. Costantinou, St. Louis, for defendant-appellant.

David and Virginia Rooney, Blackjack, pro se.

### ORDER

Defendant appeals from a judgment for plaintiffs after a trial de novo in the circuit court. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).